**Order entered February 7, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00925-CV

### GRACE ANYENYA, Appellant

### V.

### APOLLO VILLA HOA, Appellee

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-22-03356

## ORDER

Before the Court is appellant's February 3, 2023 motion to direct the Clerk of the Court to file appellant's reply brief. The brief was tendered on February 1, 2023, the due date, but was inadvertently "received" instead of filed.

We **GRANT** the motion and deem the reply brief timely filed.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE